## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.D.R., a minor, by her parent and natural guardian Lianni Rosy Rivera | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO. 22-621 |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL | : | |

## ORDER

**AND NOW**, this 26th day of October 2022, upon carefully considering the Defendant's Motion for summary judgment or to preclude expert witnesses (ECF Doc. No. 33), Third-Party Defendant United States' Joinder (ECF Doc. No. 37), Plaintiff's Opposition (ECF Doc. No. 38), Defendant's Reply (ECF Doc. No. 39), Plaintiff's Surreply (ECF Doc. No. 47), following extensive oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.      Defendant Temple University Hospital's Motion for summary judgment (ECF Doc. No. 33) is **GRANTED** as Plaintiff cannot adduce reliable expert testimony as to either the standard of care or causation for the injury based upon the proffered expert opinions; and,

2.      The Clerk of Court shall **close** this case.

KEARNEY, J.